**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02084-BNB

CRAIG ROBLEDO,

    Applicant,

v.

BRENDAN SCHAEFFER, and
JOHN DAVIS,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's Request for Emergency Relief (ECF No. 5) filed August 12, 2013, is DENIED as moot.

Dated:  October 21, 2013