**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02084-BNB

CRAIG ROBLEDO,

    Applicant,

v.

BRENDAN SCHAEFFER, and
JOHN DAVIS,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the court on Applicant's "Request for Emergency Relief" (ECF No. 35) and "Request for Sanctions" (ECF No. 37), which have been filed in multiple civil actions because Applicant lists multiple case numbers in the captions. The requests (ECF Nos. 35 & 37) are DENIED without prejudice to the filing of a proper motion that states with particularity the grounds for seeking a court order and the relief sought pertinent to this action. *See* Fed. R. Civ. P. 7(b). To the extent Applicant may be requesting an extension of time to file a reply to the Supplement to Preliminary Response (ECF No. 29) that was filed in this action on December 11, 2013, that request will be granted. Applicant shall have up to and including **January 31, 2014**, to file a reply to the Supplement to Preliminary Response, if any.

Dated: January 9, 2014