**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02084-LTB

CRAIG ROBLEDO,

    Applicant,

v.

BRENDAN SCHAEFFER, and
JOHN DAVIS,

    Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's "Request for Emergency Relief" (ECF No. 48) filed on February 25, 2014, is DENIED as moot because the instant action was dismissed by order filed on February 11, 2014.

Dated:  February 27, 2014